UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**Braulio Bravo-Cobos**                                           **Civil Action No. 10-1158**

vs.                                                                                        **Judge Tucker L. Melançon**

**Eric Holder, et al**                                             **Magistrate Judge Hanna**

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the magistrate judge previously filed herein [Rec. Doc. 6]. After an independent review of the record, noting that no objections have been filed, the Court concludes that the Report and Recommendation is correct and therefore adopts the conclusions set forth therein. Accordingly, it is

**ORDERED** that the petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 [Rec. Doc. 6] is **DISMISSED** for want of jurisdiction and that petitioner's request for stay of removal be **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 23rd day of August, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE